UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number:  1:16-cv-22141-KMW**

ANDRES GOMEZ, On His Own Behalf, and On
Behalf of All Other Individuals Similarly Situated

      Plaintiff,

vs.

URBAN OUTFITTERS, INC.

      Defendant.

## NOTICE OF SETTLEMENT

      Plaintiff, Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

      Respectfully submitted on this 26th day of July, 2016.

      *s/ Scott R. Dinin*
      Scott R. Dinin
      SCOTT R. DININ P.A.
      4200 NW 7th Avenue
      Miami, Florida 33127
      Telephone: (786) 431-1333
      Facsimile: (786) 513-7700
      Email: inbox@dininlaw.com
      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Shaun A. Bean
Sedgwick LLP
1085 Raymond Boulevard
One Newark Center, 16th Floor
Newark, NJ 07102-5225
E-mail: shaun.bean@sedgwicklaw.com
*Counsel for Defendant*

*s/ Scott R. Dinin*